Kevin Mahoney (SBN 235367)
kmahoney@mahoney-law.net
Treana Allen (SBN 302922)
tallen@mahoney-law.net
MAHONEY LAW GROUP, A.P.C.
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiffs Karen Mackall and Shaliza Lacombe, individually
and on behalf of all other California citizens similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN MACKALL individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHSOURCE GLOBAL STAFFING, INC., a California corporation, and DOES 1 through 50 inclusive,<br><br>Defendant. | Case No.: 3:16-cv-03810-WHO<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge:　　Hon. William H. Orrick<br>Date:　　 October 5, 2016<br>Time:　　 2:00 p.m.<br>Dept.:　　 Courtroom 2 – 17th Floor<br><br>Complaint filed: May 23, 2016<br>Trial Date: None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-3(d), Plaintiffs, KAREN MACKALL and SHALIZA LACOMBE respectfully submit this Statement of Recent Decision in support of Plaintiff Karen Mackall's Opposition to Defendant's Motion to Compel Arbitration and hereby brings to the Court's attention the following recent decision:

1. *Morris et al. v. Ernst & Young, LLP,* D.C. No. 5:12-cv-04964-(RMW) (N.D. Cal. August 22, 2016). Attached hereto as Exhibit "A."

Respectfully submitted,
**MAHONEY LAW GROUP, A.P.C.**

Dated: September 1, 2016

*/s/ Kevin Mahoney*
Kevin Mahoney
Treana L. Allen
*Attorneys for Plaintiffs and all other similarly situated individual citizens of the State of California*