UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MACKALL,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTHSOURCE GLOBAL STAFFING, INC.,<br><br>    Defendant. | Case No. 16-cv-03810-WHO<br><br>**ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION FOR RELIEF**<br><br>Re: Dkt. No. 27 |

Defendant's administrative motion for relief asks me to: (i) allow both sides to submit a short supplemental brief on two recent Ninth Circuit decisions (*Morris v. Ernst & Young, LLP*, No. 13-16599, 2016 WL 4433080 (9th Cir. Aug. 22, 2016) & *Mohamed v. Uber Techs., Inc.*, No. 15-16178, 2016 WL 4651409 (9th Cir. Sept. 7, 2016) ); (ii) to continue all discovery deadlines by two weeks; and (iii) to continue the hearing on the motion to compel by two weeks, in part because defense counsel will not be able to adequately prepare for and attend the hearing on October 5th due to religious holidays on October 3rd and 4th. Dkt. No. 27. Plaintiffs oppose, arguing that supplemental briefing is not necessary and amounts to an impermissible sur-reply, discovery should proceed as scheduled, and the hearing on the 5th (after the religious holidays have concluded) should go forward.

I am fully aware of the *Morris* and *Mohamed* opinions and do not believe supplemental briefing regarding those cases will be helpful. The parties should, however, discuss those cases at oral argument to the extent they support their positions. I do not see a need to delay discovery in this case. However, in order to accommodate defense counsel's ability to participate in the

1  religious holidays, I will continue the hearing on this matter to **October 12, 2016 at 2:00 p.m**.  If

2  plaintiffs' counsel are not available on October 12, plaintiffs and defense counsel shall meet and

3  confer and select a mutually agreeable date for the hearing.

4      **IT IS SO ORDERED**.

5  Dated: September 28, 2016



WILLIAM H. ORRICK
United States District Judge

2