1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   THOMAS R. KAUFMAN, Cal. Bar No. 177936
3  tkaufman@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California 90067-6055
   Telephone:   310.228.3700
5  Facsimile:   310.228.3701

6  ADAM R. ROSENTHAL, Cal. Bar No. 246722
   arosenthal@sheppardmullin.com
7  12275 El Camino Real, Suite 200
   San Diego, California  92130
8  Telephone:  (858) 720-8900
   Facsimile:  (858) 509-3691

9
   BRIAN S. FONG, Cal. Bar No. 262846
10 bfong@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
11 San Francisco, California  94111
   Telephone:  (415) 415.434.9100
12 Facsimile:  (415) 415.434.3947

13 Attorneys for Defendant
   HEALTHSOURCE GLOBAL STAFFING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MACKALL, as an individual and on behalf of all similarly situated employees,<br><br>          Plaintiff,<br><br>     v.<br><br>HEALTHSOURCE GLOBAL STAFFING, INC., and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No.: 3:16-CV-03810-WHO<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION TO COMPEL ARBITRATION HEARING TO OCTOBER 26, 2016**<br><br>[Assigned for All Purposes to the Honorable William H. Orrick Courtroom 2, 17th Floor ]<br><br>Complaint Filed: May 23, 2016<br>Trial Date: None Set |

**ORDER**

FINDING GOOD CAUSE, IT IS HEREBY ORDERED that the stipulation of the parties to continue the hearing on Defendant's pending Motion to Compel Arbitration from October 12, 2016 to October 26, 2016 at 2:00 p.m. and to continue the Case Management Conference currently scheduled for October 25, 2016 to October 26, 2016 at 2:00 p.m. is approved and hereby adopted as the Order of the Court.

**IT IS SO ORDERED**

Date:  September 30, 2016

_____
Honorable William H. Orrick
United States District Judge