SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ADAM R. ROSENTHAL, Cal. Bar No. 246722
arosenthal@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

BRIAN S. FONG, Cal. Bar No. 262846
bfong@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-947

Attorneys for Defendant
HEALTHSOURCE GLOBAL STAFFING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MACKALL, as an individual and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHSOURCE GLOBAL STAFFING, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:16-cv-03810-WHO<br><br>**DEFENDANT HEALTHSOURCE GLOBAL STAFFING, INC.'S NOTICE OF APPEAL**<br><br>[Complaint Filed: May 23, 2016] |

| | |
|---|---|
| 1 | **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFFS KAREN MACKALL AND SHALIZA LACOMBE AND THEIR ATTORNEYS OF RECORD:** |

**PLEASE TAKE NOTICE** that Defendant Healthsource Global Staffing, Inc. hereby appeals the Court's November 1, 2016, order denying Defendant's Motion to Compel Arbitration (entered in the Court's docket as Document # 41 on November 1, 2016) to the United States Court of Appeals for the Ninth Circuit.

Dated: November 10, 2016

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By        */s/ Brian S. Fong*
                                ADAM R. ROSENTHAL
                                THOMAS R. KAUFMAN
                                BRIAN S. FONG

                        Attorneys for Healthsource Global Staffing, Inc.