**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** January 18, 2017 | **Time:** 5 minutes<br>2:07 p.m. to 2:12 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 16-cv-03810-WHO | **Case Name:** Mackall v. Healthsource Global Staffing, Inc. | |

**Attorney for Plaintiff:** Kevin Mahoney
**Attorney for Defendant:** Brian S. Fong

**Deputy Clerk:** Jean Davis **Court Reporter:** Leo Mankiewicz

**PROCEEDINGS**

Parties appear for hearing on motion to stay. Argument of plaintiff counsel heard; defense counsel waives further argument. While the Court is sympathetic to plaintiff's desire to move the matter along without unnecessary delay, it is the Court's opinion that a stay is appropriate given that the Supreme Court has granted cert. on the central issue in this case. Therefore, proceedings in this Court are stayed pending the Supreme Court’s resolution of the certiorari petition in *Ernst & Young, LLP v. Morris*, 2017 WL 125665, U.S., Jan. 13, 2017. Within 10 days of the Supreme Court’s resolution of the cert. petition, the parties shall contact the Court’s Courtroom Deputy, Jean Davis, to schedule a Case Management Conference to update the Court on the status of the appeal in this matter and to set a schedule.

This minute order resolves the pending motion to stay.