UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN MACKALL, | Case No. 16-cv-03810-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE JURISDICTION FOR PRELIMINARY OR FINAL APPROVAL** |
| HEALTHSOURCE GLOBAL STAFFING, INC., | Re: Dkt. No. 59 |
| Defendant. | |

Because my order denying the motion to compel arbitration was appealed to the Ninth Circuit, it is not clear to me that I have jurisdiction to enter an order preliminarily and/or finally approving the settlement of this case (even though I have lifted the stay on proceedings at the District Court). The parties have not sought to dismiss the appeal or otherwise notified the Ninth Circuit that they have settled their claims (contingent on this District Court's approval of the settlement).

The parties, therefore, are ORDERED TO SHOW CAUSE that I have jurisdiction to proceed with preliminary and/or final approval of the class claims. They shall file a statement regarding this issue by 10:00 a.m. on Wednesday October 18, 2017, and the issue will be discussed during the already-set hearing at 2:00 p.m. on October 18, 2017 regarding the motion for preliminary approval.

**IT IS SO ORDERED.**

Dated: October 13, 2017

William H. Orrick
United States District Judge