# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MACKALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEALTHSOURCE GLOBAL STAFFING, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-03810-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Order Granting Final Approval and Fees and Costs.

**IT IS SO ORDERED.**

Dated: February 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　
William H. Orrick
United States District Judge